UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| SCHNITZER STEEL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILTON SESSLER; PACIFIC HIDE & FUR DEPOT, a Montana corporation doing business as Pacific Steel & Recycling; PACIFIC HIDE & FUR DEPORT, doing business as Pacific Hide & Fur Depot, a Montana corporation; PACIFIC HIDE & FUR DEPOT, INC., a Washington corporation, <br><br> Defendants. | NO: 4:17-CV-5040-RMP <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |
|---|---|

BEFORE THE COURT is Plaintiff's Motion Requesting that the Court Enter Plaintiff's Proposed Protective Order, ECF No. 52. The Court has reviewed the motion and the record and is fully informed.

Plaintiff seeks a protective order that would cover documents, including documents that Mr. Sessler emailed to his personal email account, that Plaintiff

ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER ~ 1

alleges are confidential and contain trade secrets and proprietary information. Based on testimony presented at the evidentiary hearing held on May 24, 2017, the Court finds that all the relevant documents that Defendant Sessler retained have since been destroyed or returned to Plaintiff. Although Plaintiff referenced the possibility of other confidential documents arising in the course of discovery, there has been no showing at this juncture that any potentially confidential information will be necessary in this matter. Therefore, the Court finds no basis to enter a protective order.

Should the need arise, the Court will allow the parties to seek a protective order at a later date, but such a request must be supported by evidence of the need to protect confidential information that is relevant to this litigation and consistent with Ninth Circuit law. Bare, conclusory assertions will not suffice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting that the Court Enter Plaintiff's Proposed Protective Order, **ECF No. 52**, is **DENIED with leave to renew**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** May 25, 2017.

                                  *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                      United States District Judge