UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCHNITZER STEEL INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILTON SESSLER and PACIFIC HIDE & FUR DEPOT, a Montana corporation doing business as Pacific Steel & Recycling, <br><br> Defendants. | NO: 4:17-CV-5040-RMP <br><br> PERMANENT INJUNCTION AND MONETARY JUDGMENT |

Before the Court is the Parties' Stipulated Motion for Entry of Permanent Injunction and Monetary Judgment, ECF No. 101. The parties in this matter represent that they have fully executed a Mutual Release and Settlement Agreement ("Settlement Agreement"). As part of the Settlement Agreement, the parties stipulate to entry and enforcement of a permanent injunction against Defendant Milton Sessler and Defendants Pacific Hide & Fur Depot.

PERMANENT INJUNCTION AND MONETARY JUDGMENT ~ 1

## MONETARY JUDGMENT SUMMARY

1. Judgment Creditor: Schnitzer Steel Industries, Inc. ("Schnitzer")

2. Counsel for Judgment Creditor: Barran Liebman, LLP

3. Judgment Debtors: Milton Sessler ("Sessler")

   Pacific Hide & Fur Depot, a Montana Corporation dba Pacific Steel & Recycling ("Pacific")

4. Counsel for Debtors: Evans, Craven & Lackie, PS
   Counsel for Sessler

   Witherspoon Kelley
   Counsel for Pacific

5. Judgment Amount: $297,000

Therefore, **IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that the parties' Stipulation Motion for Permanent Injunction and Monetary Judgment, **ECF No. 101**, is **GRANTED**, and further:

1. **JUDGMENT IS ENTERED** in favor of Plaintiff.

2. Defendant Milton Sessler ("Sessler") is permanently enjoined from:

   a. Directly or indirectly soliciting or transacting business for a period of two years from the date of entry of this Judgment from people or entities who were customers or suppliers of Schnitzer Steel Industries, Inc. ("Schnitzer") with whom Sessler had dealings prior to quitting on March 7, 2017 and who operate within Oregon and Washington.

b. Soliciting, diverting, or hiring away for a period of two years from the date of entry of this Judgment any person or entity who, within the six-month period prior to March 7, 2017, was an employee of or performed any work for Schnitzer.

c. Retaining, using, disclosing, or otherwise misappropriating confidential or trade secret information of Schnitzer.

d. Violating the terms of the Schnitzer Steel Industries, Inc. Employee Confidential Agreement ("Agreement") that Sessler executed on April 14, 2014.

3. Defendant Pacific Hide & Fur Depot, a Montana corporation, dba Pacific Steel & Recycling ("Pacific") is permanently enjoined from retaining or using or disclosing any confidential information or trade secret information of Schnitzer, including information that was or may have been provided to Pacific by Sessler or Martin Powers.

4. Plaintiff Schnitzer Steel Industries, Inc., is awarded a monetary judgment against the Defendants, Sessler and Pacific, jointly and severally, in the amount of two hundred ninety-seven thousand dollars ($297,000.00).

This Permanent Injunction and Monetary Judgment constitutes a final judgment pursuant to Fed. R. Civ. P. 54. No appeals shall be taken from this Permanent Injunction and Monetary Judgment, and Plaintiff and Defendants waive all rights to appeal. This Court expressly retains jurisdiction over this matter to

PERMANENT INJUNCTION AND MONETARY JUDGMENT ~ 3

enforce any violation of the terms of this Permanent Injunction and Monetary Judgment by Defendants.

The District Court Clerk is directed to enter this Judgment, dismiss all other pending motions, provide copies to counsel, and **close this case**.

**DATED** November 14, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge
